IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Al-Rad Cobbs, | ) | Case No. 6:25-cv-12974-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **OPINION AND ORDER** |
| | ) | |
| Alan Wilson, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff Al-Rad Cobbs, a pretrial detainee proceeding *pro se*, filed this case pursuant to 42 U.S.C. § 1983.  [Doc. 1.]  In signing the Complaint, Plaintiff acknowledged that he was responsible for notifying the Clerk in writing of any change of address and that failure to keep his address updated with the Court may lead to dismissal of the case.  [*Id*. at 14.]  In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2) (D.S.C.), this matter was referred to Magistrate Judge Kevin F. McDonald for all pretrial proceedings.

By Order dated November 5, 2025, Plaintiff was given an opportunity to provide the necessary information to bring the case into proper form for evaluation and possible service of process.  [Doc. 7.]  Plaintiff was warned that failure to provide the necessary information and paperwork within the timetable set in the Order may subject the case to dismissal.  [*Id*. at 2.]  The Order also reminded Plaintiff to notify the clerk in writing of any change of address and warned that failure to keep his address updated with the Court may lead to dismissal of the case.  [*Id*. at 3.]  On November 24, 2025, the Proper Form Order was returned to the Court as undeliverable mail and stamped "return to sender refused unable to forward."  [Doc. 10.]  To this date, Plaintiff has neither advised the Court

of any changes to his address, nor responded to the Magistrate Judge's November 5, 2025, Order, and the time for response has lapsed.

Wherefore, based upon the foregoing, Plaintiff has failed to prosecute this case and has failed to comply with Orders of this Court. Accordingly, the case is DISMISSED, without prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626 (1962).

s/Jacquelyn D. Austin
United States District Judge

December 3, 2025
Greenville, South Carolina